(April 7, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, ex rel. RODNEY TAYLOR, Petitioner, v EUGENE S. LeFEVRE, as Superintendent of the Green Haven Correctional Facility, Respondent.—Application dated March 14, 1978 for

writ of habeas corpus, denied. Mahoney, P. J., Kane, Main, Mikoll and Herlihy, JJ., concur.